IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

v.                                              Case No. 1:20-cr-10006

CARLOS BEAVERS                                                                                                DEFENDANT

## ORDER

Before the Court is Defendant Carlos Beavers' Motion for Early Termination of Supervised Release. ECF No. 2.

On January 15, 2013, in the Eastern District of Texas, Defendant plead guilty to one count of conspiracy to possess with intent to distribute cocaine, in violation of 21 U.S.C. § 846. ECF No. 1-1, p. 6-7. On April 10, 2013, Defendant was sentenced to one hundred twenty-one (121) months imprisonment, five years of supervised release with special conditions, and a $100 special assessment. ECF No. 2, p. 3-6. Defendant was later released from custody and transferred to the Western District of Arkansas to serve his term of supervised release. ECF No. 1.

On June 23, 2022, Defendant submitted the instant motion requesting early termination of his period of supervised release. ECF No. 2. Defendant cites to his strict adherence to the terms of his release, his productive lifestyle, and steady employment as justifications for termination the conditions of his release. *Id*. Defendant has served approximately thirty-two (32) months of the imposed sixty (60) months of his supervised release.

The United States Probation Office ("USPO") has provided the Court with its assessment of Defendant's motion. The USPO states that it does not oppose early termination and that Defendant's level of compliance with the terms of his release meets the requirements for termination under 18 U.S.C. § 3583(e)(1).

A district court may terminate supervised release "if it is satisfied that such action is warranted by conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In making its determination, the Court must consider factors set forth under 18 U.S.C. § 3553(a), to the extent they are applicable. Section 3553(a) factors include, among others, the nature and circumstances of the offense, the history and characteristics of the defendant, and the need to provide the defendant with correctional treatment in the most efficient manner.

After consideration of the above-referenced factors, the Court finds that the instant motion (ECF No. 2) should be and hereby is **GRANTED** based upon Defendant's good conduct on release and the interests of justice. Defendant's term of supervised release is hereby terminated.

**IT IS SO ORDERED**, this 29th day of June, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge